# Court of Appeals
# of the State of Georgia

ATLANTA, March 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1317. SANDIP S. KOTHARI v. DUNWOODY LAKES CONDOMINIUM ASSOCIATION, INC.

Sandip Kothari, the defendant in this civil action, filed an application for discretionary review of the trial court's final judgment. This Court granted the application, and Kothari filed a notice of appeal. See Case No. A26D0119 (Oct. 17, 2025). That single filing resulted in the docketing of two identical appeals: Case No. A26A1279 and the instant appeal, Case No. A26A1317. Because the instant appeal is duplicative of the pending appeal in Case No. A26A1279, it is hereby DISMISSED as superfluous. The parties are DIRECTED to submit all future filings in the appeal under Case No. A26A1279.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/02/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*